UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HEIDI KEEFE SUBPOENA, et al., <br><br>    Plaintiffs, <br><br>    v. <br><br> TOPIA, <br><br>    Defendant. | Case No. 23-mc-80307-TLT <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** <br><br> Re: Dkt. Nos. 1, 8 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jacqueline S. Corley for consideration of whether the case is related to 23-CV-00062-JSC and 23-CV-00063-JSC.

**IT IS SO ORDERED.**

Dated: April 9, 2024

TRINA L. THOMPSON
United States District Judge